FILED
2008 OCT -1 PM 4:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>CALVIN THOMAS,<br>aka "Frog,"<br>JAMES RUSSELL HAMPTON III,<br>aka "Q-102," and<br>ERIC ANDRE THOMAS,<br>aka "E-Rock,"<br><br>Defendants. | CR 08-208(A)-PSG<br><br>FIRST SUPERSEDING<br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy; 21 U.S.C. § 856(a): Maintaining a Drug-Involved Premises; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(iv): Possession with Intent to Distribute Phencyclidine; 21 U.S.C. § 841(a)(1): Possession with Intent to Distribute Marijuana] |

The Grand Jury charges:

At all times relevant to this First Superseding Indictment:

1. Defendant CALVIN THOMAS, also known as ("aka") "Frog," ("defendant CALVIN THOMAS") lived at 235 East 102nd Street, Los Angeles, California. The 235 East 102nd Street property included a single-family home ("the house"), where defendant CALVIN THOMAS resided, and a detached garage ("the garage") that

LSM:

had been converted also to serve as a residence.

2. For various periods of time, co-conspirator Eric White ("co-conspirator White") also lived in the house.

3. Defendant JAMES RUSSELL HAMPTON III, aka "Q-102," ("defendant HAMPTON") lived in the garage at the house.

4. Defendant ERIC ANDRE THOMAS, aka "E-Rock," ("defendant ERIC THOMAS") also lived in the garage.

5. These Introductory Allegations are hereby incorporated by reference into each count of this First Superseding Indictment as though set forth fully therein.

COUNT ONE

[21 U.S.C. § 846]

A. OBJECTS OF THE CONSPIRACY

Beginning on a date unknown and continuing until in or about May 2008, within the Central District of California and elsewhere, defendants CALVIN THOMAS, aka "Frog," JAMES RUSSELL HAMPTON III, aka "Q-102," and ERIC ANDRE THOMAS, aka "E-Rock," co-conspirator Eric White, and others known and unknown to the Grand Jury, conspired and agreed together to: (1) open, lease, rent, use, and maintain a place, that is, the property located at 235 East 102nd Street, Los Angeles, California, for the purpose of manufacturing, distributing, and using a controlled substance, in violation of 21 U.S.C. § 856(a)(1); (2) manage and control a place, that is, the property located at 235 East 102nd Street, Los Angeles, California, as the owner, lessee, occupant and mortgagee, and knowingly and intentionally to rent, lease, use, and make available for use, such place for the unlawful purpose of storing, distributing, and using controlled substances, in violation of 21 U.S.C. § 856(a)(2); and (3) possess with intent to distribute phencyclidine, in violation of 21 U.S.C. §§ 841(a) (1), 841(b)(1)(A)(iv).

B. MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished in substance as follows:

1. Defendant CALVIN THOMAS would occupy a house owned by

his mother at 235 East 102nd Street, Los Angeles, California. Knowing that they were involved in the unlawful manufacture and distribution of controlled substances, including phencyclidine ("PCP") and marijuana, defendant CALVIN THOMAS would allow defendants HAMPTON and ERIC THOMAS, co-conspirator White, and others, to live at the residence, either in the house or in a converted garage located behind the house.

2. Defendants CALVIN THOMAS, HAMPTON, and ERIC THOMAS, co-conspirator White, and others, would manufacture and store PCP in the yard behind the garage. Defendants also would store quantities of PCP and chemicals and equipment used in the manufacture of PCP both in the yard behind the garage and in an area between the garage and the house.

3. Defendants HAMPTON and ERIC THOMAS would keep scales and sandwich bags used to package and distribute marijuana in the garage.

4. Defendants HAMPTON and ERIC THOMAS, co-conspirator Eric White, and others, would sell PCP and marijuana to individuals who came to the 235 102nd Street address looking to purchase PCP and marijuana.

C. OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants CALVIN THOMAS, JAMES RUSSELL HAMPTON III, and ERIC ANDRE THOMAS, co-conspirator Eric

White, and others, committed the following overt acts, among others, within the Central District of California:

1. On or about November 15, 2007, in a bedroom in the garage, defendant HAMPTON possessed a Scope mouthwash bottle containing a quantity of PCP.

2. On or about November 15, 2007, defendants CALVIN THOMAS, HAMPTON, and ERIC THOMAS, co-conspirator White, and others, stored several buckets and trash cans used for the manufacture of PCP in the back yard of the 235 E. 102nd Street property.

3. On or about November 15, 2007, defendants CALVIN THOMAS, HAMPTON, and ERIC THOMAS, co-conspirator White, and others, stored a number of containers of chemicals used in the manufacture of PCP, including piperidine, in the back yard of the 235 E. 102nd Street property.

4. On or about November 15, 2007, defendants CALVIN THOMAS, HAMPTON, and ERIC THOMAS, co-conspirator White, and others, stored two bottles containing quantities of PCP in the back yard of the 235 E. 102nd Street property.

5. On or about January 30, 2008, defendant ERIC THOMAS attempted to conceal a white plastic bag containing approximately 475.8 grams of marijuana behind a bush on the 235 E. 102nd Street property.

6. On or about January 30, 2008, at the 235 E. 102nd Street address, defendant ERIC THOMAS possessed approximately .75 grams of marijuana on his person.

7. On or about January 30, 2008, defendant ERIC THOMAS possessed a scale and plastic sandwich bags in the garage at the 235 E. 102nd Street property.

8. On or about January 30, 2008, at the 235 E. 102nd Street property, defendants CALVIN THOMAS, HAMPTON, and ERIC THOMAS, co-conspirator White, and others, possessed a five-gallon bucket containing approximately two gallons of PCP.

9. On or about January 30, 2008, at the 235 E. 102nd Street property, defendants CALVIN THOMAS, HAMPTON, and ERIC THOMAS, co-conspirator White, and others, possessed a gas can containing approximately 10 milliliters of PCP.

10. On or about February 7, 2008, at the 235 E. 102nd Street property, co-conspirator White sold approximately eight ounces of PCP to a customer.

COUNT TWO

[21 U.S.C. § 856(a)]

On or about January 30, 2008, in Los Angeles County, within the Central District of California, defendants CALVIN THOMAS, also known as ("aka") "Frog," JAMES RUSSELL HAMPTON III, aka "Q-102," and ERIC ANDRE THOMAS, aka "E-Rock," co-conspirator Eric White, and others, knowingly opened, leased, rented, used, and maintained a place, that is, the property located at 235 East 102nd Street, Los Angeles, California, for the purpose of manufacturing, distributing, and using controlled substances, namely, marijuana, a schedule I controlled substance, and phencyclidine ("PCP"), a schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(iv)]

On or about January 30, 2008, in Los Angeles County, within the Central District of California, defendants CALVIN THOMAS, also known as "Frog," JAMES RUSSELL HAMPTON III, aka "Q-102," and ERIC ANDRE THOMAS, aka "E-Rock," co-conspirator Eric White, and others, knowingly and intentionally possessed with the intent to distribute more than one kilogram, that is approximately 7500 grams, of a mixture or substance containing a detectable amount of phencyclidine ("PCP"), a schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1)]

On or about January 30, 2008, in Los Angeles County, within the Central District of California, defendant ERIC ANDRE THOMAS, also known as "E-Rock," knowingly and intentionally possessed with the intent to distribute approximately 475.8 grams of marijuana, a schedule I controlled substance.

A TRUE BILL

/S/
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

LAWRENCE S. MIDDLETON
Assistant United States Attorney