1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   REEMA M. EL-AMAMY (Cal. SBN 237743)
4  Assistant United States Attorney
   Violent and Organized Crime Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0552
7       Facsimile: (213) 894-3713
        E-mail: reema.el-amamy@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,   ) CR No. 08-00208-PSG
                                 )
13            Plaintiff,         ) GOVERNMENT'S POSITION RE:
                                 ) SENTENCING OF DEFENDANT ERIC ANDRE
14            v.                 ) THOMAS
                                 )
15  ERIC ANDRE THOMAS,           ) Sentencing Date: May 19, 2009
                                 ) Sentencing Time: 10:00 am
16            Defendant.         )
                                 )
17  _____

18      Plaintiff, by and through its attorney of record, the United

19  States Attorney for the Central District of California, hereby

20  files its position regarding sentencing of defendant Eric Andre

21  Thomas.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1     The government's position is based upon the attached

2 Position, the files and records in this case, and upon such

3 further evidence and argument as may be presented at the

4 sentencing hearing.

5

6 DATED: May 6, 2009         Respectfully submitted,

7                      THOMAS P. O'BRIEN
                         Acting United States Attorney

8
                       CHRISTINE C. EWELL
9                      Assistant United States Attorney
                       Chief, Criminal Division

10

11                     By_____/s/_____
                       REEMA M. EL-AMAMY
12                     Assistant United States Attorney

13                     Attorneys for Plaintiff
                       United States of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

GOVERNMENT'S POSITION RE: SENTENCING

On March 6, 2009, defendant Eric Andre Thomas ("defendant"), pled guilty to Count two of the First Superseding Indictment. Count two charges 21 U.S.C. § 856: Maintaining a Drug Involved Premise. As part of the plea agreement that the government agreed to dismiss the remaining counts of the First Superseding Indictment.

The government has received the Presentence Report ("PSR"), and has no objections to its contents. The PSR calculates the following Sentencing Guideline Range:

| | |
|---|---|
| Base Offense Level: | 8 |
| Specific Offense Characteristics: | 0 |
| Adjusted Offense Level: | 8 |
| Acceptance of Responsibility: | -2 |
| Criminal History Category: | V |
| Guideline Range: | 9-15 months |
| Supervised Release: | 2-3 years |
| Fine: | $2,000 - $500,000 |
| Special Assessment: | $100 |

The government recommends that Defendant be sentenced at the high end of the guideline range, to include 15 months of imprisonment, and three years of supervised release. This sentence takes into consideration the 18 U.S.C. § 3553(a) factors, and is not greater than necessary to achieve those goals. It reflects the very serious nature of the offense, promotes respect for the law, provides just punishment for a serious offense, and affords adequate deterrence to defendant's

1  conduct in a manner that a lower sentence would not.  The

2  government does not recommend the imposition of a fine.