1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   REEMA M. EL-AMAMY (Cal. SBN 237743)
4  Assistant United States Attorney
   Violent and Organized Crime Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0552
7       Facsimile: (213) 894-3713
        E-mail: reema.el-amamy@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA, | ) CR No. 08-00208-PSG
   |                           | )
13 |         Plaintiff,        | ) GOVERNMENT'S POSITION RE:
   |                           | ) SENTENCING OF DEFENDANT CALVIN
14 |            v.             | ) THOMAS
   |                           | )
15 | CALVIN THOMAS,            | ) Sentencing Date: June 1, 2009
   |                           | ) Sentencing Time: 10:00 am
16 |         Defendant.        | )
   |                           | )
17 _____

18      Plaintiff, by and through its attorney of record, the United

19 States Attorney for the Central District of California, hereby

20 files its position regarding sentencing of defendant Calvin

21 Thomas.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  The government's position is based upon the attached
2 Position, the files and records in this case, and upon such
3 further evidence and argument as may be presented at the
4 sentencing hearing.

6 DATED: May 6, 2009                Respectfully submitted,

7                                   THOMAS P. O'BRIEN
                                    Acting United States Attorney
8
                                    CHRISTINE C. EWELL
9                                   Assistant United States Attorney
                                    Chief, Criminal Division

11                                  By_____/s/_____
                                    REEMA M. EL-AMAMY
12                                  Assistant United States Attorney

13                                  Attorneys for Plaintiff
                                    United States of America

GOVERNMENT'S POSITION RE: SENTENCING

On March 6, 2009, defendant Calvin Thomas ("defendant"), pled guilty to Count two of the First Superseding Indictment. Count two charges 21 U.S.C. § 856: Maintaining a Drug Involved Premise.  As part of the plea agreement that the government agreed to dismiss the remaining counts of the First Superseding Indictment, and to recommend that defendant be sentenced to a term of imprisonment at the low-end range, provided the range is 6 or higher.

The government has received the Presentence Report ("PSR"), and has no objections to its contents.  The PSR calculates the following Sentencing Guideline Range:

| | |
|---|---|
| Base Offense Level: | 8 |
| Specific Offense Characteristics: | 0 |
| Adjusted Offense Level: | 8 |
| Acceptance of Responsibility: | -2 |
| Criminal History Category: | VI |
| Guideline Range: | 12-18 months |
| Supervised Release: | 2-3 years |
| Fine: | $2,000 - $500,000 |
| Special Assessment: | $100 |

The government recommends that Defendant be sentenced at the low end of the guideline range, to include 12 months of imprisonment, and three years of supervised release.  This sentence takes into consideration the 18 U.S.C. § 3553(a) factors, and is not greater than necessary to achieve those goals.  It reflects the very serious nature of the offense, promotes respect for the law, provides just punishment for a

serious offense, and affords adequate deterrence to defendant's conduct in a manner that a lower sentence would not. The government does not recommend the imposition of a fine.